

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00557-CR

Shamar Jerrell **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6088
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on December 12, 2015. The State's first motion for extension of time was granted, extending the deadline for filing the brief to January 12, 2015. On January 13, 2015, the State filed a motion requesting an additional extension of time to file the brief until February 12, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by February 12, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court